```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DILENIA PAGUADA, on behalf of herself and     :
all others similarly situated,                :
                                              :
                              Plaintiffs,     :          1:20-cv-06372-GHW
          -against-                           :
                                              :          ORDER
CHEAP JOE'S ART STUFF, INC.,                  :
                                              :
                              Defendant.      :
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On November 10, 2020, the Court issued an order conditionally discontinuing this action. Pursuant to the terms of that order, Plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 30 days following the issuance of the order. In accordance with the terms of that order, if Plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated December 10, 2020, Plaintiff requested that the Court extend the deadline for Plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1] That application is GRANTED. Accordingly, the deadline for Plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, is extended to January 11, 2020.

SO ORDERED.

Dated: December 10, 2020

                                              _____
                                                    GREGORY H. WOODS
                                                 United States District Judge

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.